**FILED**
October 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002995221



**3**

Julia P. Gibbs, Bar No. 102072
LAW OFFICES OF JULIA P. GIBBS
1329 Howe Avenue, Suite 205
Sacramento, CA  95825-3363
Telephone:   (916) 646-2800
Telecopier:  (916) 929-1158
email: judy@gibbslegal.com

Proposed Attorney for Debtor in Possession


UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| In re | ) |
| | ) Case No. 10-45605-D11 |
| HORSESHOE CANYON LODGING, INC., | ) D.C. (None) |
| dba Fern Creek Lodge, | ) (No hearing scheduled) |
| Debtor. | ) |
| | ) |

## DEBTOR'S FINANCIAL INFORMATION

Debtor and debtor in possession Horseshoe Canyon

Lodging, Inc. does not have current (or near current) balance

sheets, cash flow statements, or statements of operations. This

statement will be amended when such reports are available.

I declare the foregoing to be true and correct under

penalty of perjury. Executed this 12th day of October, 2010, at

June Lake, California.



/s/Robin Hart